# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JIMMY L. BANKS, | ) |
| | ) |
| Plaintiff, | ) Case No.: 2:11-cv-648-GMN-CWH |
| vs. | ) |
| | ) **ORDER** |
| FREDDIE MAC aka FEDERAL HOME LOAN MORTGAGE CORPORATION, a Virginia corporation, et al.,, | ) |
| | ) |
| Defendants. | ) |

The Court has considered CCLF's Emergency Motion to Continue Trial, or alternatively, for Leave to Take Deposition to Preserve Trial Testimony. ECF No. 169. CCLF has complied with LR 26-7. The Court, in its discretion, determines that this matter is in fact an emergency.

**IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 32(a), CCLF is permitted to take the deposition of Stephanie Sibley, the person most knowledgeable for Vegas Legal Support Services, Inc., on June 27, 2014, based on her unavailability for trial.

However, because this request is being granted on an emergency basis and Plaintiff has not had a reasonable opportunity to respond or seek any protective relief, the Court reserves its determination of whether CCLF will be allowed to introduce the deposition testimony at trial. The Court will make its determination after considering Plaintiff's opposition or requests for relief, if any.

**DATED** this 23rd day of June, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Judge