UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JIMMY L. BANKS, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:11-cv-648-GMN-CWH |
| vs. ) | |
| ) | **ORDER** |
| FREDDIE MAC aka FEDERAL HOME ) | |
| LOAN MORTGAGE CORPORATION, a ) | |
| Virginia corporation, et al.,, ) | |
| ) | |
| Defendants. ) | |

The Court has considered CCLF's Emergency Motion to Strike Plaintiff's Reply to Response to Motion in Limine, or alternatively, to Allow Sur-Reply. ECF No. 177. CCLF has complied with LR 26-7. The Court, in its discretion, determines that this matter is in fact an emergency based on the upcoming trial dates.

A district court has the "inherent power over the administration of its business [and] . . . to promulgate and enforce rules for the management of litigation . . . ." *Spurlock v. F.B.I.*, 69 F.3d 1010, 1016 (9th Cir.1995) (citations omitted). LR 16-3 does not provide for a reply without leave of the Court. As Plaintiff has not sought or obtained leave of the Court to file his Reply, the Reply is an unauthorized and improper submission and will be stricken.

**IT IS HEREBY ORDERED** Defendant's Emergency Motion to Strike is GRANTED. **The Clerk of the Court is instructed to strike ECF No. 175 from the docket record.**

**DATED** this 26th day of June, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Judge