```
1  BENJAMIN B. CHILDS, ESQ.
   Nevada Bar No. 3946
2  318 S. Maryland Parkway
   Las Vegas, Nevada 89101
3  Telephone :    (702) 251 0000
   Facsimile :    (702) 384 1119
4  Email :        ben@benchilds.com
   Attorney for Plaintiff
5
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| JIMMY L. BANKS | Case # 2:11-cv-00648-GMN-CWH |
| Plaintiff | |
| vs | |
| FREDDIE MAC aka FEDERAL HOME LOAN MORTGAGE CORPORATION, a Virginia corporation, et al | **ORDER GRANTING PLAINTIFF'S** EMERGENCY MOTION TO CONTINUE TRIAL AND EXTEND DEADLINES FOR PLAINTIFF'S MOTION IN LIMINE AND OTHER DOCUMENTS |
| Defendants | |

Plaintiff's counsel requests a continuance of the trial and extension of deadlines due to his mother's last illness.

Declaration in Lieu of Affidavit

I was informed yesterday afternoon that my mother was on life support in a hospital where she lives in Maryland. This was a total surprise. My family decided that I should wait before coming out to be with them to see if her condition improved. Today we agreed to take her off of life support and to see what happens. I plan to fly to Maryland with my minor children tomorrow and will be there through the weekend.

I cannot meet the dealine of noon on Wednesday to file supplemental documentation, including motions in limine and the position on Defendant's witness Sibley's deposition that was taken on Friday, June 27, 2014. I just received the transcript today at 4:00 PM. The only reason it was prepared that quickly was that I ordered it be expedited.

I will not be ready for trial on Monday, July 7, 2014. I apologize to the court for the emergency nature of this motion. I have notified opposing counsel of the situation.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  7/1/14          Benjamin B. Childs
              (date)              (Signature)

Dated this July 1, 2014.

/s/ BENJAMIN B. CHILDS, ESQ.
Nevada Bar #: 3946
Attorney for Plaintiff

## ORDER

**THE COURT HAVING READ** the foregoing Emergency Motion, and good cause appearing therefor, hereby **GRANTS** Plaintiff's Motion to Continue Trial and Extend Deadlines for Plaintiff's Motion in Limine and Other Documents (ECF No. 191).

The trial date and deadlines will be set forth in a separate Minute Order issued by the Court.

**IT IS SO ORDERED** this 2nd day of July, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court